ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - SCHEDULING CONFERENCE

Priority ✓
Send ✓
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

Case No.   CV 01-9461-DT                 Date: January 7, 2002

Title: Raynesha L. Shamburger, etc., et al., v. City of Los Angeles, et al.,
==================================================================

PRESENT:   THE HONORABLE DICKRAN TEVRIZIAN, JUDGE


          Yolanda S. Rodriguez              Margarete Babykin
          Courtroom Deputy                  Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

          Gary S. Casselman                 Geoffrey Plowden


     PROCEEDINGS:   SCHEDULING CONFERENCE


     The Scheduling Conference is held.

     The Court sets the following dates:

     Discovery Cutoff     -     December 6, 2002

     Pretrial Conference  -     February 3, 2003 at 1:30 p.m. and Further
                                Status Conference.

     Jury Trial           -     None set at this time.
        (Est 14 days)


     Court advises counsel of F.R.CV.P. 26.  Court further advises counsel of
     Local Rule 16-14.  Counsel given copy of Court's scheduling conference
     order regarding jury trial.


ELECTRONIC ICMS

JAN 11 2002

MINUTES FORM 11
CIVIL - SCHEDULING CONFERENCE                    Initials of Deputy Clerk ____