ROCKARD J. DELGADILLO, City Attorney (SBN 125465)
C. DANIEL WOODARD, Senior Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
GEOFFREY PLOWDEN, Deputy City Attorney (SBN 146602)
200 North Main Street, Room 1650 City Hall East
Los Angeles, CA 90012
Phone No.: (213) 485-2962 - Fax No.: (213) 485-3958

Attorneys for Defendant CITY OF LOS ANGELES, a municipal corporation

CLERK U S DISTRICT COURT

FEB 6 2002

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

___ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAYNESHA L. SHAMBURGER, a minor ) CASE NO. 01-09461 DT (AJWx)
by and through her Guardian Ad Litem, )
JOY SUTTON, ARTHUR SHAMBURGER, ) **STIPULATION AND [PROPOSED]**
by his successor-in-interest, RAYNESHA ) **PROTECTIVE ORDER RE**
L. SHAMBURGER, by her Guardian Ad ) **DOCUMENTS AND OTHER ITEMS**
Litem, and RODERICK CARR and )
YADDIRA GONZALES, individuals )
)
                    Plaintiffs, )
)
vs. )
)
CITY OF LOS ANGELES, and Does 1 to )
25, inclusive, )
)
                    Defendants. )
_____ )

The parties having met and conferred, and stipulated to the following terms and conditions, the Court hereby orders as follows:

1. Defendants may designate as confidential any document or writing that they, in good faith, believe contains information of a privileged, confidential, private or sensitive nature, by affixing to such document or writing a legend, such as "Confidential." "Confidential Documents," "Confidential Material," "Subject to Protective Order" or words of similar effect. Documents and writings so designated, and all information derived therefrom (including photographs and audiotapes) (hereinafter, collectively, "Confidential Information"), shall be treated in accordance with the terms of this stipulation.

//

ENTERED ON

FEB - 7 2002

2.   Confidential Information may be used by the persons receiving such information only for the purpose of this litigation.

3.   Subject to the further conditions imposed by this stipulation, Confidential Information may be disclosed only to the following persons:

(a)   Counsel for the parties and to experts, investigators, paralegal assistants, office clerks, secretaries and other such personnel working under their supervision;

(b)   Such other parties as may be agreed by written stipulation among the parties hereto.

4.   Prior to the disclosure of any Confidential Information to any person described in paragraph 3(a) or 3(b), counsel for the party that has received and seeks to use or disclose such Confidential Information shall first provide any such person with a copy of this stipulation, and shall cause him or her to execute, on a second copy which counsel shall thereafter serve on defendants the following acknowledgment:

"I understand that I am being given access to Confidential Information pursuant to the foregoing stipulation and order. I have read the Order and agree to be bound by its terms with respect to the handling, use and disclosure of such Confidential Information.

Dated: _____ /s/ _____ "

5.   Upon the final termination of this litigation, including any appeal pertaining thereto, all Confidential Information and all copies thereof shall be returned to defendants. All Confidential Information disclosed to any person or party pursuant to any provision hereof also shall be returned to defendants.

6.   If any party who receives Confidential Information receives a subpoena or other request seeking Confidential Information, he, she or it shall immediately give written notice to counsel for defendants, identifying the Confidential Information sought and the time in which production or other disclosure is required, and shall object to the request or subpoena on the grounds of this stipulation so as to afford defendants an opportunity to obtain an order barring production or other disclosure, or to otherwise respond to the subpoena or other request for production or disclosure of Confidential Material. Other than objecting on the grounds of this stipulation, no party

shall be obligated to seek an order barring production of Confidential Information, which obligation shall be borne by defendants. However, in no event should production or disclosure be made without written approval by defendants' counsel unless required by court order arising from a motion to compel production or disclosure of Confidential Information.

7. Any pleadings, motions, briefs, declarations, stipulations, exhibits or other writtensubmissions to the Court in this litigation which contain, reflect, incorporate or refer to Confidential Information shall be filed and maintained under seal.

8. Counsel for the parties hereto agree to request that any motions, applications or other pre-trial proceedings which could entail the discussion or disclosure of Confidential Information be heard by the Court outside the presence of the jury, unless having heard from counsel, the Court orders otherwise. Counsel for the parties further agree to request that, during any portion of the trial of this action which could entail the discussion or disclosure of Confidential Information, access to the courtroom be limited to parties, their counsel and other designated representative, experts or consultants who agree to be bound by this stipulation, and court personnel, unless having heard from counsel, the Court orders otherwise.

//

//

3

9.    Nothing herein shall prejudice any party's rights to object to the introduction of any Confidential Information into evidence, on grounds including but not limited to relevance and privilege. *Any party may petition the court to modify any portion of this stipulation*

10. *Any party may petition the court to modify any portion of this stipulation*

*IT IS SO STIPULATED:*

Dated: January 31, 2002    **ROCKARD J. DELGADILLO**, City Attorney

By_____
    **GEOFFREY PLOWDEN**, Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES, a municipal corporation

Dated: January 31, 2002    **LAW OFFICES OF GRAY CASSELMAN**

By:_____
    *fw/* **GARY S. CASSELMAN, ESQ.**
    Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated: 2.4.02    _____
    **HON. ANDREW J. WISTRICH**
    **United States Magistrate Judge**

4