**COPY**

GEOFFREY PLOWDEN
OFFICE OF THE CITY ATTORNEY
200 NORTH MAIN STREET
1650 CITY HALL EAST
LOS ANGELES, CA 90012
213/485-2962

LODGED

FILED
CLERK, U S DISTRICT COURT

NOV 25 2002
11-25-02

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNESHA L. SHAMBURGER,<br><br>PLAINTIFF(S)<br>V.<br><br>CITY OF LOS ANGELES<br><br>DEFENDANT(S). | CASE NUMBER CV - CV 01-09461 DT<br><br>SETTLEMENT PROCEDURE SELECTION:<br>NOTICE, REQUEST AND ORDER |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ SETTLEMENT PROCEDURE NO. 1 - The parties shall appear before the *(check one)*
  ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ SETTLEMENT PROCEDURE NO. 2 - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ SETTLEMENT PROCEDURE NO. 3 - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

☒ SETTLEMENT PROCEDURE NO. 4 - The parties shall appear before a district judge selected at random from the Judicial Civil Settlement Panel for all further settlement proceedings.

Dated: __November 7, 2002__    By: _____
                                        Attorney For Plaintiff

Dated: _____    By: _____
                                        Attorney For Plaintiff

Dated: _November 13, 2002_    By: _____
                                        Attorney For Defendant

Dated: _____    By: _____
                                        Attorney For Defendant

## ORDER

☒ The request is APPROVED

☐ The request is DENIED; **IT IS FURTHER ORDERED** that the Settlement Procedure shall be as follows.

Counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings

Dated: __NOV 25 2002__

**DICKRAN TEVRIZIAN**
_____
United States District Judge/ Magistrate Judge

Courtroom deputy to serve:
  Attorney Settlement Officer Panel Coordinator    DEC - 3
  All counsel of record

ADR-1 (11/01)    SETTLEMENT PROCEDURE SELECTION- NOTICE, REQUEST AND ORDER    CCD-ADR1

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3415 S. Sepulveda Blvd., Suite 370, Los Angeles, CA 90034.

On November 21, 2002, I served via regular first class mail the within **SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER** on the interested parties in said action as follows:

(XX)   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully repaid, in the United States mail at Los Angeles, California, addressed as follows:

Geoffrey Plowden, Deputy City Attorney
200 North Main Street, 1650 City Hall East
Los Angeles, CA 90012-4129

I am "readily familiar" with the firm's practice of collection and processing correspondence for mail. It is deposited with the U.S. Postal Service in that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction service was made.

( ) State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) Federal: I declare the above to be true and correct under penalty of perjury under the laws of the United States.

Executed on November 21, 2002, at Los Angeles, California.

Carmen Snuggs